# IN THE SUPREME COURT OF THE STATE OF NEVADA

JERMAINE DERRELL TURNER, A/K/A
JERMAINE DERRELL COOPER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 74034

FILED

AUG 0 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

On April 12, 2018, we entered an order instructing that appellant's personal representative, if any, should file a motion for substitution in this court pursuant to NRAP 43 within 90 days if he or she wished to proceed with this appeal. *See* NRAP 43(a); *Brass v. State*, 129 Nev. 527, 306 P.3d 393 (2013); *see also Walker v. Burkham*, 68 Nev. 250, 253-54, 229 P.2d 158, 160 (1951) ("Upon the death of a party . . . the [action] cannot proceed until someone is substituted for the decedent . . ."). We stated that if no personal representative was substituted within that time, this appeal would be dismissed. *See Brass*, 129 Nev. at 530, 306 P.3d at 395. To date, no personal representative has filed a motion for substitution or otherwise communicated with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

18-30751

cc: Hon. Robert W. Lane, District Judge
Jermaine Derrell Turner
Attorney General/Carson City
Nye County District Attorney
Nye County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A